**MINUTE ENTRY**
**LEMELLE, J.**
**OCTOBER 22, 2014**

JS-10: 01:45

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BOES IRON WORKS, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-4757** |
| **DWG & ASSOCIATES, INC., ET AL.** | **SECTION "B" (4)** |

**NON-JURY TRIAL - CLOSING ARGUMENTS**

Case Manager:   Isidore Grisoli
Court Reporter:   Jodi Simcox

APPEARANCES:   Keith L. Magness, for plaintiff(s)
Daniel J. Caruso, Douglass F. Wynne, Jr. for defendant(s)

Court begins at 9:00 a.m.
Case called; all present and ready.
Counsel appear for the record.
**See Court Order and Judgment.**

Court adjourned at 10:45 a.m.