UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BOES IRON WORKS, INC.**                                         CIVIL ACTION

**VERSUS**                                                        NO. 13-4757

**DWG & ASSOCIATES, INC., ET AL.**                                SECTION "B"(4)

<u>JUDGMENT</u>

This matter came for trial on the merits (non-jury) on September 29, 2014. The following appearances were made:

Keith L. Magness for Boes Iron Works, Inc.

Daniel J. Caruso, Douglass F. Wynne, Jr. for DWG & Associates, Inc. and Great American Insurance Company.

Considering the testimony of the witnesses, exhibits admitted into evidence, post-trial memoranda and replies filed by the parties, argument of counsel and the law, for the reasons orally assigned during closing arguments held October 22, 2014;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be rendered in favor of Plaintiff Boes Iron Works, Inc. against Defendants DWG & Associates, Inc. and Great American Insurance Company *in solido* in the principal amount of Four Hundred Nine Thousand and 00/100 Dollars ($409,000.00).

**IT IS FURTHER ORDERED** that attorney's fees in the amount of ten percent (10%) of the principal amount awarded above, or Forty Thousand Nine Hundred and 00/100 dollars (40,900.00), are awarded in favor of Plaintiff Boes Iron Works, Inc. against Defendant Great American Insurance Company.

**IT IS FURTHER ORDERED** that Defendants DWG & Associates, Inc. and Great American Insurance Company be taxed with legal interest from the date of judicial demand, and all costs of this proceeding.

New Orleans, Louisiana this 27th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE