UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

WILLIAM W. BLEVINS

CLERK

500 POYDRAS ST.
ROOM C-151
NEW ORLEANS, LA 70130

May 13, 2015

BOES IRON WORKS, INC.                                   CASE NO. C.A. 13-4757

     VS

DWG & ASSOCIATES, INC., ET AL.                          SECTION "B" (4)

    I, William W. Blevins, Clerk of the United States District Court for the Eastern District of Louisiana, do hereby certify that on April 27, 2015 the Plaintiff filed satisfaction of the docket and the Clerk of this Court entered satisfaction of the judgment in this matter, which satisfaction is in the words and figures following, to wit:

    "Docket satisfied as per satisfaction of the Judgment filed by plaintiff on April 27, 2015

    William W. Blevins, Clerk

    By: ___Isidore Grisoli___, Deputy Clerk

Witness my hand and seal of said Court at the City of New Orleans, Louisiana, this 13 day of May, 2015 A.D."

WILLIAM W. BLEVINS, CLERK

By _____
            Deputy Clerk